UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF TIMOTHY A. CRAMER,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF OAKLAND, et al.,<br><br>Defendants. | Case No. 19-cv-07922-PJH<br><br>**ORDER TO SHOW CAUSE FOR FAILURE TO APPEAR AT CMC**<br><br>Re: Dkt. No. 57 |

Plaintiff's counsel in the above action having failed to appear at the case management conference on April 15, 2021, and defendants having appeared at that proceeding in compliance with the Court's orders,

THE COURT hereby issues an **ORDER TO SHOW CAUSE** why the court should not sanction plaintiff's counsel for failure to appear at the conference or, in the alternative, dismiss this action for failure to prosecute pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

Plaintiff's counsel must respond to this order by **April 23, 2021**. If he fails to do so, the court may issue sanctions or dismiss this action for failure to prosecute.

**IT IS SO ORDERED.**

Dated: April 16, 2021

/s/ Phyllis J. Hamilton
PHYLLIS J. HAMILTON
United States District Judge