UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF TIMOTHY A. CRAMER,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF OAKLAND, et al.,<br><br>Defendants. | Case No. 19-cv-07922-PJH<br><br>**ORDER DISCHARGING ORDER TO SHOW CAUSE**<br><br>Re: Dkt. Nos. 64, 65 |

The court is in receipt of plaintiff counsel's response to the court's order to show cause (Dkt. 64) for failure to appear at this action's April 15, 2021 case management conference. Dkt. 65.

In light of counsel's response, the court discharges its order to show cause. However, the court reminds plaintiff (and its counsel) that the court will *not* modify the case scheduled entered in counsel's absence at plaintiff's request.

**IT IS SO ORDERED.**

Dated: April 26, 2021

/s/ Phyllis J. Hamilton
PHYLLIS J. HAMILTON
United States District Judge