1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ESTATE OF TIMOTHY A. CRAMER,

Plaintiff,

v.

CITY OF OAKLAND, et al.,

Defendants.

Case No.  19-cv-07922-PJH

**ORDER OF DISMISSAL**

Re: Dkt. No. 69

Plaintiff, by its counsel, advised the court that the parties have reached a provisional settlement of this case.  IT IS HEREBY ORDERED that this case is dismissed **without** prejudice and all pending dates are vacated.  However, if any party certifies to the court within 90 days that the settlement has not been finalized, this order shall stand vacated and this case shall be restored to the calendar to be set for trial.

If no certification is filed, after passage of 90 days, the dismissal shall be **with** prejudice.  The parties may, of course, substitute a dismissal with prejudice at any time during this 90-day period.

**IT IS SO ORDERED.**

Dated: July 16, 2021

/s/ Phyllis J. Hamilton
PHYLLIS J. HAMILTON
United States District Judge